UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BJC HEALTH SYSTEM,             )
                               )
            Plaintiff,         )
                               )
      vs.                      )     No. 4:02-CV-252 (CEJ)
                               )
COLUMBIA CASUALTY COMPANY,     )
                               )
            Defendant.         )

## ORDER

**IT IS HEREBY ORDERED** that the parties' joint motion for a telephone conference [#143] is **denied**. The Court will consider any written proposals submitted by the parties regarding discovery and pretrial matters.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2007.